IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KALPANA PETHE, | ) | 4:07CV3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| GERARD HEINAUER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the plaintiff's motion (filing 4) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

April 30, 2007.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge